UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSEPH WELCH, On Behalf of Himself and All, :
Others Similarly Situated, : 07 CIV 6904 (JGK)
:
Plaintiff, :
: STATEMENT PURSUANT
-against- : TO F.R.C.P. 7.1
:
TD AMERITRADE HOLDING CORPORATION, :
TD AMERITRADE, INC., TD BANK USA, N.A. and :
THE TORONTO-DOMINION BANK, :
:
Defendants. :
:
------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., TD BANK USA, N.A. and THE TORONTO-DOMINION BANK states as follows:

Defendant THE TORONTO DOMINION BANK ("TD") is a publicly held corporation, traded on the Toronto Stock Exchange under the symbol TD. No public corporation owns 10% or more of TD.

Defendant TD AMERITRADE HOLDING CORPORATION ("AMTD") is a publicly held corporation, traded on the NASDAQ under the symbol AMTD. The following public corporations own 10% or more of AMTD: TD.

Defendant TD AMERITRADE, INC. is an indirect wholly-owned subsidiary of AMTD. AMTD owns 100% of the capital stock of a non-defendant subsidiary corporation, which, in turn, owns 100% of the capital stock of TD AMERITRADE, INC.

Defendant TD BANK USA, N.A. is (as of July 31, 2007), a wholly-owned subsidiary of TD Banknorth Inc. TD Banknorth Inc., is wholly owned by TD US P&C Holdings ULC which is a wholly owned subsidiary of TD.

Dated:  New York, New York
        September 20, 2007

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: _____
                                            Brian A. Herman (BH-0731)
                                            101 Park Avenue
                                            New York, NY  10178-0060
                                            Telephone: (212) 309-6000
                                            Attorneys for Defendant