```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOSEPH WELCH, On Behalf of Himself and All
Others Similarly Situated,

               Plaintiffs,

vs.

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,

               Defendants.
----------------------------------------------------------x

07 CIV 6904 (JGK)

**STIPULATION AND (PROPOSED) ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants TD Ameritrade Holding Corporation, TD Ameritrade, Inc., TD Bank USA, N.A. and the Toronto-Dominion Bank to answer, move against or otherwise respond to the Complaint is extended until November 9, 2007. In the event that Defendants move to dismiss the Complaint, Plaintiff shall serve and file a response within sixty (60) days; and Defendants may file a reply within thirty (30) days thereafter.

Dated: September 11, 2007
       New York, New York

SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.

By: _____
Joel P. Laitman (JL-8178)
Frank R. Schirripa (FS-1960)
19 Fulton Street, Suite 406
New York, New York 10038
Tel. 212.964.0046
Fax 212.267.8137
*Counsel for Plaintiff Joseph Welch*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Brian A. Herman (BH-0731)
101 Park Avenue
New York, New York 10178
(212) 309-6909
*Counsel for Defendants TD Ameritrade Holding Corporation, TD Ameritrade, Inc., TD Bank USA, N.A. and the Toronto-Dominion Bank*

SO ORDERED:
Date: 9/27/07

_____
The Honorable John G. Koeltl
United States District Judge