UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

**JOSEPH WELCH** *ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

**Plaintiffs.**

-v-

**TD AMERITRADE HOLDING CORPORATION**

**Defendants..**

Case No.
07-cv-06904 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above-entitled action having been re-assigned to the undersigned for all purposes, it is hereby

ORDERED, that a telephone status conference in this matter is set for 3:45pm on December 18. Plaintiff's counsel shall notify all necessary parties and once all parties are on the conference line, they can call chambers at 212-805-0264.

Dated: Dec. 13, 2007
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE