AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF |  |
|---|---|---|
| Southern |  | New York |

```
------------------------------------------------------------X
JOSEPH WELCH, On Behalf of Himself and All,
Others Similarly Situated,
                                    Plaintiff,

    -against-

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,
                                    Defendants.
------------------------------------------------------------X
```

## APPEARANCE

Case Number:  07 CV 6904 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TD Ameritrade Holding Corporation
TD Ameritrade, Inc.
TD Bank USA, N.A.
The Toronto-Dominion Bank

I certify that I am admitted to practice in this court.

| 12/20/2007 |  |  |
|---|---|---|
| Date |  | Signature |

| Christopher P. Hall |  | (CH-7220) |
|---|---|---|
| Print Name |  | Bar Number |

Morgan, Lewis & Bockius LLP, 101 Park Avenue
Address

| New York | NY | 10178 |
|---|---|---|
| City | State | Zip Code |

| (212) 309-6000 | (877) 432-9652 |
|---|---|
| Phone Number | Fax Number |