## CERTIFICATE OF SERVICE

I, Matthew D. Stratton, declare under penalty of perjury that I have served a copy of the Notice of Appearance of Christopher P. Hall upon all parties via ECF.

Dated: December 20, 2007

/s/
Matthew D. Stratton

1-NY/2259856.1