AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

---------------------------------------------------------------------X

JOSEPH WELCH, On Behalf of Himself and All,
Others Similarly Situated,

                Plaintiff,

 -against-

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,

                Defendants.

---------------------------------------------------------------------X

**APPEARANCE**

Case Number:  07 CV 6904 (RJS)

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      TD Ameritrade Holding Corporation
      TD Ameritrade, Inc.
      TD Bank USA, N.A.
      The Toronto-Dominion Bank

      I certify that I am admitted to practice in this court.

| 12/20/2007 | | |
| --- | --- | --- |
| Date | | |

Signature

| Brian A. Herman | | (BH-0731) |
| --- | --- | --- |
| Print Name | | Bar Number |

Morgan, Lewis & Bockius LLP, 101 Park Avenue
Address

| New York | NY | 10178 |
| --- | --- | --- |
| City | State | Zip Code |

| (212) 309-6000 | (877) 432-9652 |
| --- | --- |
| Phone Number | Fax Number |