## CERTIFICATE OF SERVICE

I, Matthew D. Stratton, declare under penalty of perjury that I have served a copy of the Notice of Appearance of Brian A. Herman upon all parties via ECF.

Dated: December 20, 2007

/s/
Matthew D. Stratton

I-NY/2259861.1