AO 458 (Rev. 10/95) Appearance

## UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

-------------------------------------------------------------------x
JOSEPH WELCH, On Behalf of Himself and All,
Others Similarly Situated,

                Plaintiff,

-against-

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,

                Defendants.
-------------------------------------------------------------------x

**APPEARANCE**

Case Number: 07 CV 6904 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TD Ameritrade Holding Corporation
TD Ameritrade, Inc.
TD Bank USA, N.A.
The Toronto-Dominion Bank

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/20/2007 | _[signature]_ |
| Date | Signature |
| | Matthew D. Stratton  (MS-6644) |
| | Print Name / Bar Number |
| | Morgan, Lewis & Bockius LLP, 101 Park Avenue |
| | Address |
| | New York / NY / 10178 |
| | City / State / Zip Code |
| | (212) 309-6000 / (877) 432-9652 |
| | Phone Number / Fax Number |