## CERTIFICATE OF SERVICE

I, Matthew D. Stratton, declare under penalty of perjury that I have served a copy of the Notice of Appearance of Matthew D. Stratton upon all parties via ECF.

Dated: December 20, 2007

_____/s/_____
Matthew D. Stratton