```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELCH,

        Plaintiff.

-v-

TD AMERITRADE, et al.,

        Defendants.

No. 07 Civ. 6904 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

At a scheduling conference held on December 18, 2007, the following schedule was established for the defendants' proposed Motion to Dismiss:

The defendants will file their motion and supporting briefs on January 7, 2008. Defendants may incorporate by reference portions of the omnibus brief filed in *DeBlasio v. Merrill Lynch*, 07 Civ. 318 (RJS). The individual brief shall be limited to 20 pages.

Opposition from the plaintiff is due on March 14, 2008. Plaintiff may incorporate by reference portions of the opposition to the omnibus brief filed in *DeBlasio*; opposition to the individual defendant brief is limited to 20 pages.

Defendants' reply is due on April 7, 2008. Defendants may incorporate by reference portions of the reply omnibus brief in *DeBlasio*; the individual reply is limited to 10 pages.

SO ORDERED.

Dated:    New York, New York
            December 19, 2007

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE