UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEPH WELCH, On Behalf of Himself and All,
Others Similarly Situated,

                                Plaintiff,

                -against-

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,

                                Defendants.

------------------------------------------------------------------X

07 CIV 6904 (RJS)

**ECF CASE**
**ELECTRONICALLY FILED**

## DECLARATION OF MATTHEW D. STRATTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

MATTHEW D. STRATTON, pursuant to 28 U.S.C. § 1746 declares as follows:

I am a member of the Bar of this Court and an associate at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants TD AMERITRADE Holding Corporation, TD AMERITRADE, Inc., TD Bank USA, N.A., and The Toronto-Dominion Bank. I submit this declaration to place before the Court true and correct copies of the following documents:

    A.    The Complaint in this action;

    B.    TD AMERITRADE Client Agreement, effective Aug. 23, 2007 (AMTD 182 F 07/07);

    C.    Client Account Agreement, TD AMERITRADE, Division of TD AMERITRADE, Inc. (TDW 0182 Rev. 08/06);

    D.    TD AMERITRADE Terms & Conditions (ATI 182 F 04/06);

E. Cash and MMDA Sweep Feature Agreement (TDA 7261 L 08/06);

F. TD AMERITRADE Cash Management Services Agreement (TDW 0630A Rev. 04/06);

G. Client Account Agreement (TDAI 182 06/06);

H. Terms and Conditions, TD AMERITRADE Institutional Account Agreement (AAS 182 F 09/06);

I. Summary of Cash Balance Programs (TDA 7260 L 08/06);

J. Joseph Welch's TD AMERITRADE Institutional PERSONAL TRUST ACCOUNT APPLICATION and TD AMERITRADE Institutional ADVISORDIRECT DISCLOSURE AND ACKNOWLEDGEMENT FORM;

K. Joseph Welch's TD AMERITRADE Institutional IRA APPLICATION and TD AMERITRADE Institutional ADVISORDIRECT DISCLOSURE AND ACKNOWLEDGEMENT FORM;

L. Redacted excerpts of account statements for one of Joseph Welch's legacy TD Waterhouse accounts. For convenience, these excerpts are labeled "Account No. 1." The actual account number has been redacted.

M. Redacted excerpts of account statements for one of Joseph Welch's legacy TD Waterhouse accounts. For convenience, these excerpts are labeled "Account No. 2." The actual account number has been redacted.

N. Redacted excerpts of account statements for one of Joseph Welch's legacy TD Waterhouse accounts. For convenience, these excerpts are labeled "Account No. 3." The actual account number has been redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 7, 2008
New York, New York

_____
**MATTHEW D. STRATTON**

1-NY/2264215.1