# EXHIBIT L

TD Waterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY 10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/30/2005 | 01/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | REDACTED |
| MONEY MARKET FUND | REDACTED | .1 | | |
| STOCKS | | | | |
| FIXED INCOME | | | REDACTED | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD WATERHOUSE MONEY MARKET PORTFOLIO (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.1 | 3.610 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY  10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 01/31/2006 | 02/28/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .1 | REDACTED | .1 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD WATERHOUSE MONEY MARKET PORTFOLIO INVESTOR CL (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.1 | 3.680 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY  10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 02/28/2006 | 03/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 1.3 | REDACTED | .1 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS**<br>TD WATERHOUSE MONEY MARKET PORTFOLIO INVESTOR CL (SWEEP) | CMFMZ | 1.000 | REDACTED | 1.3 | 3.800 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/31/2006 | 04/28/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103

BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 1.4 | REDACTED | 1.3 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 1.4 | 3.960 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



# **TD AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 04/28/2006 | 05/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .1 | REDACTED | 1.4 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | | REDACTED | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.1 | 4.140 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 05/31/2006 | 06/30/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103

BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .4 | REDACTED | .1 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.4 | 4.260 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



# **TD AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

## ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 06/30/2006 | 07/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

### PORTFOLIO VALUE SUMMARY



| | | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | | REDACTED | | REDACTED | |
| MONEY MARKET FUND | | REDACTED | .5 | REDACTED | .4 |
| STOCKS | | | | | |
| FIXED INCOME | | REDACTED | | | |
| OPTIONS | | | | | |
| MUTUAL FUNDS | | | | | |
| UNIT INVESTMENT TRUSTS | | | | | |
| TOTAL PORTFOLIO VALUE | | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.5 | 4.440 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 07/31/2006 | 08/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .5 | REDACTED | .5 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 0.5 | 4.510 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 08/31/2006 | 09/29/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

<u>BRANCH INFORMATION</u>

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 32.0 | REDACTED | .5 |
| STOCKS | | | | |
| FIXED INCOME | | | REDACTED | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 32.0 | 4.520 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



# **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# **ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 09/29/2006 | 10/31/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 12.6 | REDACTED | 32.0 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 12.6 | 4.510 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TD Waterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2854
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 10/31/2006 | 11/30/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR
REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 12.6 | REDACTED | 12.6 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 12.6 | 4.490 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



# TD AMERITRADE

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 11/30/2006 | 12/29/2006 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 13.6 | REDACTED | 12.6 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 13.6 | 4.500 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | REDACTED | | REDACTED |

REDACTED

ACCOUNT #1

TD Waterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/29/2006 | 01/31/2007 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



### ASSET ALLOCATION

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED |  | REDACTED |  |
| MONEY MARKET FUND | REDACTED | 12.5 | REDACTED | 13.6 |
| STOCKS |  |  |  |  |
| FIXED INCOME |  | REDACTED |  |  |
| OPTIONS |  |  |  |  |
| MUTUAL FUNDS |  |  |  |  |
| UNIT INVESTMENT TRUSTS |  |  |  |  |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 12.5 | 4.480 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
|  |  | **TOTAL ACCOUNT** |  |  | REDACTED | REDACTED |  | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 01/31/2007 | 02/28/2007 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 21.9 | REDACTED | 12.5 |
| STOCKS | | | | |
| FIXED INCOME | | | REDACTED | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 21.9 | 4.450 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | REDACTED | | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha. NE 68103-2654

**ACCOUNT
STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 02/28/2007 | 03/30/2007 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 30.8 | REDACTED | 21.9 |
| STOCKS | | | | |
| FIXED INCOME | | | REDACTED | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 30.8 | 4.450 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | REDACTED | | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



**AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/30/2007 | 04/30/2007 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| CASH | REDACTED | 5.0 | REDACTED | |
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 29.3 | REDACTED | 30.8 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH CASH | REDACTED | **CASH & CASH EQUIVALENTS** CASH TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) **TOTAL - CASH & CASH EQUIVALENT** | CMFMZ | 1.000 1.000 | REDACTED | 5.0 29.3 34.3 | 4.500 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | REDACTED | | REDACTED |

REDACTED

ACCOUNT #1

TDWaterhouse Statement



# ◼D AMERITRADE

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

## ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 04/30/2007 | 05/31/2007 |

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| CASH | REDACTED | | REDACTED | 5.0 |
| MONEY MARKET ACCT - FDIC | REDACTED | | REDACTED | |
| (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | | | | 29.3 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | | REDACTED | 100.0 |



### INCOME AND EXPENSE SUMMARY

| | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|
| MONEY MARKET INTEREST | | | MARGIN INTEREST PAID | | |
| TAXABLE DIVIDENDS | REDACTED | REDACTED | DIVIDENDS CHARGED | REDACTED | REDACTED |
| NON-TAXABLE DIVIDENDS | | | ACCRUED INT ON PURCHASES | | |
| TAXABLE BOND INTEREST | | | | | |

### MONTHLY ACTIVITY - INFORMATION TO BALANCE YOUR ACCOUNT



### MONTHLY ACTIVITY SUMMARY

| DEBITS | | CREDITS | |
|---|---|---|---|
| SECURITIES PURCHASED | | SECURITIES SOLD | |
| DIVIDEND/INTEREST CHARGED | REDACTED | DIVIDEND/INTEREST INCOME | REDACTED |
| MONEY MARKET FUNDS PURCHASED | | MONEY MARKET FUNDS SOLD | |
| OTHER DEBITS | | OTHER CREDITS | |
| TOTAL DEBITS | REDACTED | TOTAL CREDITS | REDACTED |

OPENING BALANCE REDACTED + NET ACTIVITY REDACTED = CLOSING BALANCE BROKERAGE ACCOUNT REDACTED

REDACTED

ACCOUNT #1

# TD AMERITRADE
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
05/01/07 - 05/31/07

**Statement for Account #** REDACTED
THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5056 TO LEARN MORE.



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| MMDA | | | | | | | - | |
| Money Market | | | | | | | 32.3% | REDACTED |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Funds deposited | | |
| Funds disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Income & Expense Summary

| | Taxable | Non-Taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | REDACTED | REDACTED |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | REDACTED | REDACTED | REDACTED |

## Performance Summary

| | | YTD |
|---|---|---|
| **Cost basis as of - 05/31/07** | | REDACTED |
| Unrealized gains | | |
| Unrealized losses | | |
| Funds deposited/(disbursed) | | |
| Income/(expense) | | |
| Securities received/(delivered) | | |

ACCOUNT #1

**Statement for Account #** REDACTED
05/01/07 - 05/31/07

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | |

**Closing balance** REDACTED

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID | Balance |
|---|---|---|---|---|---|---|
| 05/14/07 | 1 | 4.4352 | REDACTED | REDACTED | REDACTED | REDACTED |
| 05/15/07 | 1 | 4.4323 | | | | |
| 05/16/07 | 1 | 4.4411 | | | | |
| 05/17/07 | 1 | 4.4354 | | | | |
| 05/18/07 | 3 | 4.4405 | | | | |
| 05/21/07 | 1 | 4.4426 | | | | |
| 05/22/07 | 1 | 4.4423 | | | | |
| 05/23/07 | 1 | 4.4406 | | | | |
| 05/24/07 | 4 | 4.4408 | | | | |
| 05/25/07 | 4 | 4.4410 | | | | |
| 05/29/07 | 1 | 4.4457 | | | | |
| 05/30/07 | 1 | 4.4439 | | | | |
| 05/31/07 | 1 | 4.4450 | | | | |

**Total interest income**

ACCOUNT #1

# AMERITRADE
## Apex
800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
### 06/01/07 - 06/30/07

**Statement for Account #** REDACTED
THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | - | |
| MMDA | | | | | | | - | |
| Money Market | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 2.4% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |



## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Funds deposited | | |
| Funds disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Income & Expense Summary

| | Taxable | Non-Taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | REDACTED | REDACTED | REDACTED |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | REDACTED | REDACTED | REDACTED |

## Performance Summary

| | YTD |
|---|---|
| Cost basis as of - 06/30/07 | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 8

ACCOUNT #1

**Statement for Account #** REDACTED
06/01/07 - 06/30/07

## Money Market Fund Account Interest Credited



| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 06/01/07 | REDACTED | 3 | 4.4449 | REDACTED | REDACTED | REDACTED |
| 06/04/07 | | 1 | 4.4449 | | | |
| 06/05/07 | | 1 | 4.4479 | | | |
| 06/06/07 | | 1 | 4.4549 | | | |
| 06/07/07 | | 1 | 4.4570 | | | |
| 06/08/07 | | 3 | 4.4524 | | | |
| 06/11/07 | | 1 | 4.4501 | | | |
| 06/12/07 | | 1 | 4.4544 | | | |
| 06/13/07 | | 1 | 4.4526 | | | |
| 06/14/07 | | 1 | 4.4538 | | | |
| 06/15/07 | | 3 | 4.4554 | | | |
| 06/18/07 | | 1 | 4.4484 | | | |
| 06/19/07 | | 1 | 4.4742 | | | |
| 06/20/07 | | 1 | 4.4546 | | | |
| 06/21/07 | | 1 | 4.4483 | | | |
| 06/22/07 | | 3 | 4.4521 | | | |
| 06/25/07 | | 1 | 4.4604 | | | |
| 06/26/07 | | 1 | 4.4677 | | | |
| 06/27/07 | | 1 | 4.4468 | | | |
| 06/28/07 | | 1 | 4.4525 | | | |
| 06/29/07 | | 2 | 4.4524 | | | |

**Total interest income**

page 5 of 8

ACCOUNT #1



# TD AMERITRADE

Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
### 07/01/07 - 07/31/07

**Statement for Account #** REDACTED

THE WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR
REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| MMDA | | | | | | | - | |
| Money Market | | | | | | | 2.4% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Funds deposited | | |
| Funds disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Income & Expense Summary

| | Taxable | Non-Taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | REDACTED | REDACTED | REDACTED |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | REDACTED | REDACTED | REDACTED |
| Other | | | |
| **Net** | REDACTED | REDACTED | REDACTED |

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 07/31/07** | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 6

ACCOUNT #1

Statement for Account #  REDACTED

07/01/07 - 07/31/07

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

REDACTED

Closing balance                                REDACTED

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 07/01/07 | 1 | 4.4524 | | | |
| 07/02/07 | 1 | 4.4391 | REDACTED | REDACTED | REDACTED |
| 07/03/07 | 2 | 4.4402 | | | |

Balance   REDACTED

page 3 of 6

ACCOUNT #1

## Statement for Account # REDACTED
### 07/01/07 - 07/31/07

#### Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 07/05/07 | REDACTED | 1 | 4.4397 | REDACTED | REDACTED | REDACTED |
| 07/06/07 | | 3 | 4.4408 | | | |
| 07/09/07 | | 1 | 4.4378 | | | |
| 07/10/07 | | 1 | 4.4381 | | | |
| 07/11/07 | | 1 | 4.4287 | | | |
| 07/12/07 | | 1 | 4.4280 | | | |
| 07/13/07 | | 3 | 4.4296 | | | |
| 07/16/07 | | 1 | 4.4294 | | | |
| 07/17/07 | | 1 | 4.4278 | | | |
| 07/18/07 | | 1 | 4.4347 | | | |
| 07/19/07 | | 1 | 4.4346 | | | |
| 07/20/07 | | 3 | 4.4349 | | | |
| 07/23/07 | | 1 | 4.4476 | | | |
| 07/24/07 | | 1 | 4.4383 | | | |
| 07/25/07 | | 1 | 4.4395 | | | |
| 07/26/07 | | 1 | 4.4409 | | | |
| 07/27/07 | | 3 | 4.4402 | | | |
| 07/30/07 | | 1 | 4.4418 | | | |
| 07/31/07 | | 1 | 4.4420 | | | |

**Total Interest Income**

ACCOUNT #1

# TD AMERITRADE
### Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
### 08/01/07 - 08/31/07

**Statement for Account #** REDACTED
WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

REDACTED

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE
RISK. CONDITIONAL ORDERS CAN HELP.
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | | | | | | | - | |
| MMDA | | | | | | | | |
| Money Market | | | | | | | 5.2% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | **100%** | |

## Income & Expense Summary

| | Taxable | | Non-Taxable | |
|---|---|---|---|---|
| | Current | YTD | Current | YTD |
| **Income** | | | | |
| Dividends | | | | |
| Interest | REDACTED | REDACTED | REDACTED | REDACTED |
| Other | | | | |
| **Expense** | | | | |
| Interest | | | | |
| Fees | | | | |
| Other | | | | |
| **Net** | REDACTED | REDACTED | REDACTED | REDACTED |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | | |
| Securities purchased | | |
| Securities sold | | |
| Funds deposited | REDACTED | REDACTED |
| Funds disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 08/31/07** | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #1

**Statement for Account #** REDACTED
08/01/07 - 08/31/07

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

**Closing balance**

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 08/01/07 | 1 | 4.4235 | | | |
| 08/02/07 | 1 | 4.4272 | | | |
| 08/03/07 | 3 | 4.4230 | | | |
| 08/06/07 | 1 | 4.4158 | | | |
| 08/07/07 | 1 | 4.4202 | | | |
| 08/08/07 | 1 | 4.4212 | | | |
| 08/09/07 | 1 | 4.4277 | REDACTED | REDACTED | REDACTED |
| 08/10/07 | 3 | 4.4432 | | | |
| 08/13/07 | 1 | 4.4262 | | | |
| 08/14/07 | 1 | 4.4267 | | | |
| 08/15/07 | 1 | 4.4564 | | | |
| 08/16/07 | 1 | 4.4811 | | | |
| 08/17/07 | 3 | 4.4978 | | | |
| 08/20/07 | 1 | 4.5151 | | | |
| 08/21/07 | 1 | 4.5374 | | | |
| 08/22/07 | 1 | 4.5130 | | | |
| 08/23/07 | 1 | 4.5123 | | | |
| 08/24/07 | 3 | 4.5092 | | | |
| 08/27/07 | 1 | 4.5291 | | | |
| 08/28/07 | 1 | 4.5662 | | | |
| 08/29/07 | 1 | 4.5785 | | | |
| 08/30/07 | 1 | 4.5659 | | | |
| 08/31/07 | 1 | 4.5707 | | | |

**Balance** REDACTED

**Total interest income**

page 4 of 7

ACCOUNT #1

# TD AMERITRADE

## Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
09/01/07 - 09/30/07

**Statement for Account #** REDACTED
WELCH LIVING TRUST
UA 2 26 02 JOSEPH M WELCH
OR NADINE WELCH TR

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE
RISK. CONDITIONAL ORDERS CAN HELP
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

**Portfolio Allocation**

REDACTED

## Portfolio Summary

| Investment | Current Value | Prior Value | YTD | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | | | | | | | | - |
| Money Market | | | | | | | | 5.2% |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening balance | | |
| Securities purchased | | |
| Securities sold | | |
| Funds deposited | REDACTED | REDACTED |
| Funds disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| Closing balance | REDACTED | REDACTED |

## Income & Expense Summary

| | Taxable | Non-Taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | REDACTED | REDACTED | REDACTED |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | REDACTED | REDACTED | REDACTED |

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 09/30/07** | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 6

ACCOUNT #1

Statement for Account # REDACTED
09/01/07 - 09/30/07

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

Closing balance

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 09/01/07 | 3 | 4.5707 | REDACTED | REDACTED | REDACTED |
| 09/04/07 | 1 | 4.5970 | | | |
| 09/05/07 | 1 | 4.6195 | | | |
| 09/06/07 | 1 | 4.6347 | | | |
| 09/07/07 | 3 | 4.6594 | | | |
| 09/10/07 | 1 | 4.6667 | | | |
| 09/11/07 | 1 | 4.6756 | | | |

Balance REDACTED

ACCOUNT #1

**Statement for Account #** REDACTED

09/01/07 - 09/30/07

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 09/12/07 | 1 | 4.6707 | | | |
| 09/13/07 | 1 | 4.6704 | | | |
| 09/14/07 | 3 | 4.6804 | | | |
| 09/17/07 | 1 | 4.6870 | | | |
| 09/18/07 | 1 | 4.7136 | REDACTED | REDACTED | REDACTED |
| 09/19/07 | 1 | 4.6898 | | | |
| 09/20/07 | 1 | 4.6790 | | | |
| 09/21/07 | 3 | 4.6482 | | | |
| 09/24/07 | 1 | 4.6204 | | | |
| 09/25/07 | 1 | 4.6220 | | | |
| 09/26/07 | 1 | 4.6201 | | | |
| 09/27/07 | 1 | 4.6234 | | | |
| 09/28/07 | 3 | 4.6143 | | | |

**Total interest income**

## Money Market Fund Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening balance** | | | | | | | | |
| 09/07/07 | | 09/07/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | | |
| 09/14/07 | | 09/14/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | REDACTED | REDACTED |
| 09/21/07 | | 09/21/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | | |
| 09/28/07 | | 09/28/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | | |
| 09/28/07 | | 09/28/07 | Received | Money Market Fund Dividends | | | | |
| **Closing balance** | | | | | | | | |

## Important Information

Keep this statement for income tax purposes

ACCOUNT #1