# EXHIBIT M

TD Waterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY 10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/30/2005 | 01/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | REDACTED |
| MONEY MARKET FUND | REDACTED | 16.2 | | |
| STOCKS | | | REDACTED | |
| FIXED INCOME | | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD WATERHOUSE MMF US GOVT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 16.2 | 3.530 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY 10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 01/31/2006 | 02/28/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 16.2 | REDACTED | 16.2 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD WATERHOUSE MMF US GOVT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 16.2 | 3.560 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TD Waterhouse Statement



**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY 10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT



| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 02/28/2006 | 03/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 16.2 | REDACTED | 16.2 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD WATERHOUSE MMF US GOVT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 16.2 | 3.670 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/31/2006 | 04/28/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED |  | REDACTED |  |
| MONEY MARKET FUND | REDACTED | 11.4 | REDACTED | 16.2 |
| STOCKS |  |  |  |  |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.4 | 3.840 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 04/28/2006 | 05/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 8.4 | REDACTED | 11.4 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 8.4 | 4.010 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 05/31/2006 | 06/30/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.5 | REDACTED | 8.4 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.5 | 4.100 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 06/30/2006 | 07/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.6 | REDACTED | 11.5 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.6 | 4.340 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 07/31/2006 | 08/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.6 | REDACTED | 11.6 |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | REDACTED | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS**<br>TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.6 | 4.380 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 08/31/2006 | 09/29/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .7 | REDACTED | 11.6 |
| STOCKS | | | | |
| FIXED INCOME | | | REDACTED | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 0.7 | 4.390 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 09/29/2006 | 10/31/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .7 | REDACTED | .7 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 0.7 | 4.390 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement



# TD AMERITRADE

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 10/31/2006 | 11/30/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | .7 | REDACTED | .7 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |



**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 0.7 | 4.390 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**    **TD AMERITRADE, Inc.**
PO BOX 2654
Omaha. NE 68103-2654

**ACCOUNT
STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 11/30/2006 | 12/29/2006 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

CUSTOMER SERVICE: (800) 934-4448

BRANCH INFORMATION

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004



**PORTFOLIO VALUE SUMMARY**

ASSET ALLOCATION

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.6 | REDACTED | .7 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

**PORTFOLIO POSITIONS LONG**



| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS**<br>TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.6 | 4.380 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement



**TD AMERITRADE, Inc.**
PO BOX 2854
Omaha. NE 68103-2654

## ACCOUNT STATEMENT



| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/29/2006 | 01/31/2007 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

BRANCH INFORMATION

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.5 | REDACTED | 11.6 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM US GOVERNMENT PORTFOLIO (SWEEP) | CMFUZ | 1.000 | REDACTED | 11.5 | 4.400 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 01/31/2007 | 02/28/2007 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 11.5 | REDACTED | 11.5 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |



## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 11.5 | 4.450 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement



# TD AMERITRADE

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

## ACCOUNT STATEMENT



| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 02/28/2007 | 03/30/2007 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 16.7 | REDACTED | 11.5 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 16.7 | 4.450 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/30/2007 | 04/30/2007 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 16.7 | REDACTED | 16.7 |
| STOCKS | | | | |
| FIXED INCOME | REDACTED | | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG



| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 16.7 | 4.500 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

REDACTED

ACCOUNT #2

TDWaterhouse Statement

# **TD AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

## **ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 04/30/2007 | 05/31/2007 |

JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



| PORTFOLIO VALUE SUMMARY | | | | |
|---|---|---|---|---|
| | THIS PERIOD | % | LAST PERIOD | % |
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | | REDACTED | 16.7 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | | REDACTED | 100.0 |

| INCOME AND EXPENSE SUMMARY | | | | | |
|---|---|---|---|---|---|
| | This Period | Year-To-Date | | This Period | Year-To-Date |
| DIVIDENDS | REDACTED | REDACTED | MARGIN INTEREST PAID | REDACTED | REDACTED |
| NON-TAXABLE DIVIDENDS | | | DIVIDENDS CHARGED | | |
| BOND INTEREST | | | ACCRUED INT ON PURCHASES | | |

## **MONTHLY ACTIVITY - INFORMATION TO BALANCE YOUR ACCOUNT**



| MONTHLY ACTIVITY SUMMARY | | | |
|---|---|---|---|
| **DEBITS** | | **CREDITS** | |
| DIVIDEND/INTEREST CHARGED | REDACTED | DIVIDEND/INTEREST INCOME | REDACTED |
| OTHER DEBITS | | OTHER CREDITS | |
| **TOTAL DEBITS** | REDACTED | **TOTAL CREDITS** | REDACTED |

| OPENING BALANCE | REDACTED | + NET ACTIVITY | REDACTED | = CLOSING BALANCE BROKERAGE ACCOUNT | REDACTED |
|---|---|---|---|---|---|

## **MONTHLY ACTIVITY BY ABOVE CATEGORY**

| DIVIDEND AND INTEREST ACTIVITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACCT | DATE | ENTRY | DESCRIPTION | QUANTITY | DEBIT | CREDIT |
| REDACTED | | | | | | |

ACCOUNT #2

# TD AMERITRADE
### Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
05/01/07 - 05/31/07

**Statement for Account #** REDACTED

JOSEPHM WELCH
IRA ROLLOVER

REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | | | | | | | - |
| Money Market | | | | | | | - |
| Short balance | | | | | | | |
| Stocks | | | REDACTED | | REDACTED | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | **100%** |



### Portfolio Allocation
REDACTED

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | | |
| Securities purchased | | |
| Securities sold | REDACTED | REDACTED |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax
documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 05/31/07** | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #2



Statement for Account # REDACTED
05/01/07 - 05/31/07

**Account Activity**

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

**Closing balance**

**Money Market Fund Account Interest Credited**

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 05/14/07 | REDACTED | 1 | 4.4352 | REDACTED | REDACTED | REDACTED |
| 05/15/07 | | 1 | 4.4323 | | | |
| 05/16/07 | | 1 | 4.4411 | | | |
| 05/17/07 | | 1 | 4.4354 | | | |
| 05/18/07 | | 3 | 4.4405 | | | |
| 05/21/07 | | 1 | 4.4426 | | | |
| 05/23/07 | | 1 | 4.4406 | | | |
| 05/24/07 | | 1 | 4.4408 | | | |
| 05/25/07 | | 4 | 4.4410 | | | |
| 05/29/07 | | 1 | 4.4457 | | | |
| 05/30/07 | | 1 | 4.4439 | | | |
| 05/31/07 | | 1 | 4.4450 | | | |

**Total interest income**

page 4 of 7

ACCOUNT #2

**TD AMERITRADE**
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
06/01/07 - 06/30/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
IRA ROLLOVER

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | | | | | | | - |
| Money Market | | | | | | | |
| Short balance | | | | | | | |
| Stocks | | | | | | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% |

**Portfolio Allocation** REDACTED

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | REDACTED | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | | | |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| Cost basis as of –06/30/07 | REDACTED |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #2

**Statement for Account #** REDACTED
06/01/07 - 06/30/07

### Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

**Closing balance**

### Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 06/01/07 | | 3 | 4.4449 | | | |
| 06/04/07 | | 1 | 4.4449 | | | |
| 06/05/07 | | 1 | 4.4479 | | | |
| 06/06/07 | | 1 | 4.4549 | | | |
| 06/07/07 | | 1 | 4.4570 | | | |
| 06/08/07 | | 3 | 4.4524 | | | |
| 06/11/07 | | 1 | 4.4501 | | | |
| 06/12/07 | | 1 | 4.4544 | | | |
| 06/13/07 | | 1 | 4.4526 | REDACTED | REDACTED | REDACTED |
| 06/14/07 | | 1 | 4.4538 | | | |
| 06/15/07 | REDACTED | 3 | 4.4554 | | | |
| 06/18/07 | | 1 | 4.4484 | | | |
| 06/19/07 | | 1 | 4.4742 | | | |
| 06/20/07 | | 1 | 4.4546 | | | |
| 06/21/07 | | 1 | 4.4483 | | | |
| 06/22/07 | | 3 | 4.4521 | | | |
| 06/25/07 | | 1 | 4.4604 | | | |
| 06/26/07 | | 1 | 4.4677 | | | |
| 06/27/07 | | 1 | 4.4468 | | | |
| 06/28/07 | | 1 | 4.4525 | | | |
| 06/29/07 | | 2 | 4.4524 | | | |

**Total interest income**

page 4 of 6

ACCOUNT #2



**TD AMERITRADE**
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
07/01/07 - 07/31/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
IRA ROLLOVER

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5056 TO LEARN MORE.

**Portfolio Summary**

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | REDACTED |
| MMDA | | | | | | | - | |
| Money Market | | | | | | | - | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |

**Cash Activity Summary**

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

**Retirement Account Summary**

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | REDACTED | REDACTED | REDACTED |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | | | |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax
documents for complete information.

**Performance Summary**

| | YTD |
|---|---|
| Cost basis as of - 07/31/07 | REDACTED |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #2



**Statement for Account #** REDACTED
07/01/07 - 07/31/07

**Account Activity**

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

**Closing balance**

**Money Market Fund Account Interest Credited**

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 07/01/07 | 1 | 4.4524 | REDACTED | REDACTED | REDACTED |
| 07/02/07 | 1 | 4.4391 | | | |
| 07/03/07 | 2 | 4.4402 | | | |
| 07/05/07 | 1 | 4.4397 | | | |

| Balance |
|---|
| REDACTED |

**page 3 of 5**

ACCOUNT #2

**Statement for Account #**  REDACTED

07/01/07 - 07/31/07

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID | Balance |
|---|---|---|---|---|---|---|
| 07/06/07 | 3 | 4.4408 | | | | |
| 07/09/07 | 1 | 4.4378 | | | | |
| 07/10/07 | 1 | 4.4381 | | | | |
| 07/11/07 | 1 | 4.4287 | | | | |
| 07/12/07 | 1 | 4.4280 | | | | |
| 07/13/07 | 3 | 4.4296 | | | | |
| 07/16/07 | 1 | 4.4294 | | | | |
| 07/17/07 | 1 | 4.4278 | | REDACTED | REDACTED | |
| 07/18/07 | 1 | 4.4347 | | | | |
| 07/19/07 | 1 | 4.4346 | | | | |
| 07/20/07 | 3 | 4.4349 | | | | REDACTED |
| 07/23/07 | 1 | 4.4476 | | | | |
| 07/24/07 | 1 | 4.4383 | | | | |
| 07/25/07 | 1 | 4.4395 | | | | |
| 07/26/07 | 1 | 4.4409 | | | | |
| 07/27/07 | 3 | 4.4402 | | | | |
| 07/30/07 | 1 | 4.4418 | | | | |
| 07/31/07 | 1 | 4.4420 | | | | |

**Total interest income**

## Money Market Fund Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | |
| 07/31/07 | | | Received | Money Market Fund Dividends | | | REDACTED | |
| Closing balance | | | | | | | | REDACTED |

### Important Information

Keep this statement for income tax purposes

The above prices are provided only as a general guide to value your portfolio. Current quotations are available through your broker. Sale prior to maturity may result in a loss of principal, mortgage backed positions are valued using the remaining balance and the current market price.

Non-Standard Assets: This statement shows all assets in your account including certain direct investments that may be held by a third party. TD AMERITRADE is not responsible for third-party information, including the valuation of certain non-standard assets. The price shown represents an estimated value that is provided by an annual report or other source. The estimated value of these assets may not be realized when you try to liquidate the position. Assets held by a third party are not covered by the Securities Investor Protection Corporation (SIPC)

ACCOUNT #2



**TD AMERITRADE**
Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
08/01/07 - 08/31/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
IRA ROLLOVER

REDACTED

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE
RISK. CONDITIONAL ORDERS CAN HELP.
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

**Portfolio Summary**

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | | | | | | | - |
| Money Market | | | | | | | 3.4% |
| Short balance | | | | | | | |
| Stocks | | | | | | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% |

**Portfolio Allocation**

REDACTED

**Cash Activity Summary**

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

**Retirement Account Summary**

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | REDACTED | REDACTED |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | | | |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

**Performance Summary**

| | YTD |
|---|---|
| Cost basis as of - 08/31/07 | REDACTED |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #2

Statement for Account # REDACTED

08/01/07 - 08/31/07

## Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/01/07 | REDACTED | 1 | 4.4235 | REDACTED | REDACTED | REDACTED |
| 08/02/07 | | 1 | 4.4272 | | | |
| 08/03/07 | | 3 | 4.4230 | | | |
| 08/06/07 | | 1 | 4.4158 | | | |
| 08/07/07 | | 1 | 4.4202 | | | |
| 08/08/07 | | 1 | 4.4212 | | | |
| 08/09/07 | | 1 | 4.4277 | | | |
| 08/10/07 | | 3 | 4.4432 | | | |
| 08/13/07 | | 1 | 4.4262 | | | |
| 08/14/07 | | 1 | 4.4267 | | | |
| 08/15/07 | | 1 | 4.4564 | | | |
| 08/16/07 | | 1 | 4.4811 | | | |
| 08/17/07 | | 3 | 4.4978 | | | |
| 08/20/07 | | 1 | 4.5151 | | | |
| 08/21/07 | | 1 | 4.5374 | | | |
| 08/22/07 | | 1 | 4.5130 | | | |
| 08/23/07 | | 1 | 4.5123 | | | |
| 08/24/07 | | 3 | 4.5092 | | | |
| 08/27/07 | | 1 | 4.5291 | | | |
| 08/28/07 | | 1 | 4.5662 | | | |
| 08/29/07 | | 1 | 4.5785 | | | |
| 08/30/07 | | 1 | 4.5659 | | | |
| 08/31/07 | | 1 | 4.5707 | | | |

**Total interest income**

## Positions Closed This Period

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Purchase Date | Cost Basis | Sale Date | Sales Proceeds | Realized Gain(Loss) | % Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| | | | REDACTED | | REDACTED | | REDACTED | REDACTED | |

**Total**

ACCOUNT #2

# TD AMERITRADE

Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
09/01/07 - 09/30/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
IRA ROLLOVER

REDACTED



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 1.7% |
| MMDA | | | | | | | - |
| Money Market | | | | | | | 38.6% |
| Short balance | | | | | | | |
| Stocks | | | | | | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% |

### Portfolio Allocation



REDACTED

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE
RISK. CONDITIONAL ORDERS CAN HELP.
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD | YTD |
|---|---|---|---|---|
| Cash Contributions | | | | REDACTED |
| Distributions | | | | |
| Employer cont. | | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED | |
| Cash Direct transfer | | | | |
| Tax withheld | | | | |
| Recharact | | | | |
| Roth conv. | | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 09/30/07** | REDACTED |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #2



Statement for Account # REDACTED
09/01/07 - 09/30/07

### Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | REDACTED |

**Closing balance**

### Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID | Balance |
|---|---|---|---|---|---|---|
| 09/01/07 | 3 | 4.5707 | | | | |
| 09/04/07 | 1 | 4.5970 | | | | |
| 09/05/07 | 1 | 4.6195 | | | | |
| 09/06/07 | 1 | 4.6347 | | | | |
| 09/07/07 | 3 | 4.6594 | REDACTED | REDACTED | REDACTED | REDACTED |
| 09/10/07 | 1 | 4.6567 | | | | |
| 09/11/07 | 1 | 4.6756 | | | | |
| 09/12/07 | 1 | 4.6707 | | | | |
| 09/13/07 | 1 | 4.6704 | | | | |
| 09/14/07 | 3 | 4.6804 | | | | |
| 09/17/07 | 1 | 4.6870 | | | | |
| 09/18/07 | 1 | 4.7136 | | | | |
| 09/19/07 | 1 | 4.6898 | | | | |
| 09/20/07 | 1 | 4.6790 | | | | |
| 09/21/07 | 3 | 4.6482 | | | | |
| 09/24/07 | 1 | 4.6204 | | | | |
| 09/25/07 | 1 | 4.6220 | | | | |
| 09/26/07 | 1 | 4.6201 | | | | |
| 09/27/07 | 1 | 4.6234 | | | | |
| 09/28/07 | 3 | 4.6143 | | | | |

**Total interest income**

ACCOUNT #2