# EXHIBIT N

TDWaterhouse Statement

 **Waterhouse**

**TD Waterhouse Investor Services, Inc.**
100 Wall Street
New York, NY 10005-3701
tdwaterhouse.com
Member NYSE/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/30/2005 | 03/31/2006 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

**ASSET ALLOCATION**

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | 100.0 | REDACTED | REDACTED |
| MONEY MARKET FUND | REDACTED | | REDACTED | REDACTED |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | | | REDACTED | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | REDACTED |

**PORTFOLIO POSITIONS LONG**

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TD WATERHOUSE BANK MONEY MARKET ACCOUNT FDIC INSRD NOT COVERED BY SIPC | | 1.000 | REDACTED | 100.0 | 0.250 | REDACTED |
| | | TOTAL ACCOUNT | | | REDACTED | 100.0 | | REDACTED |

**INCOME AND EXPENSE SUMMARY**

| | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|
| MONEY MARKET INTEREST | REDACTED | REDACTED | MARGIN INTEREST PAID | REDACTED | REDACTED |
| DIVIDENDS | REDACTED | REDACTED | DIVIDENDS CHARGED | REDACTED | REDACTED |
| NON-TAXABLE DIVIDENDS | REDACTED | REDACTED | ACCRUED INT ON PURCHASES | REDACTED | REDACTED |
| BOND INTEREST | REDACTED | REDACTED | | | |

REDACTED

ACCOUNT #3

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/31/2006 | 04/28/2006 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | .6 | REDACTED | 100.0 |
| MONEY MARKET FUND | REDACTED | | REDACTED | |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD BANK USA NA MONEY MARKET ACCOUNT FDIC INSRD NOT COVERED BY SIPC | | 1.000 | REDACTED | 0.6 | 0.250 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | 100.0 | | REDACTED |

REDACTED

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 04/28/2006 | 06/30/2006 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | .7 | REDACTED | .6 |
| MONEY MARKET FUND | REDACTED | | REDACTED | |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TD BANK USA NA MONEY MARKET ACCOUNT FDIC INSRD NOT COVERED BY SIPC | | 1.000 | REDACTED | 0.7 | 0.250 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | 100.0 | | REDACTED |

REDACTED

TDWaterhouse Statement

**AMERITRADE**

**TD AMERITRADE, Inc.**
Harborside Financial Center, Plaza IVA
135 Greene Street
Jersey City, NJ 07302
tdameritrade.com
Member NASD/SIPC

## ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 06/30/2006 | 09/29/2006 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

### PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | 56.8 | REDACTED | .7 |
| MONEY MARKET FUND | REDACTED | | REDACTED | |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS<br>TD BANK USA NA<br>MONEY MARKET ACCOUNT<br>FDIC INSRD NOT COVERED BY SIPC | | 1.000 | REDACTED | 56.8 | 0.400 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | 100.0 | | REDACTED |

REDACTED

ACCOUNT #3

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**



| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 09/29/2006 | 12/29/2006 |

JOSEPH M WELCH
ROTH IRA

REDACTED

BRANCH INFORMATION

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

**ASSET ALLOCATION**

REDACTED

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | 56.0 | REDACTED | 56.8 |
| MONEY MARKET FUND | REDACTED | | REDACTED | |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

## PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TD BANK USA NA MONEY MARKET ACCOUNT FDIC INSRD NOT COVERED BY SIPC | | 1.000 | REDACTED | 56.0 | 0.400 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | 100.0 | | REDACTED |

REDACTED

ACCOUNT #3

TDWaterhouse Statement

 **AMERITRADE**

**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 12/29/2006 | 02/28/2007 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448

### PORTFOLIO VALUE SUMMARY



**ASSET ALLOCATION**

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | 56.0 |
| MONEY MARKET FUND | REDACTED | 56.0 | REDACTED | |
| STOCKS | | | | |
| FIXED INCOME | | | | |
| OPTIONS | | REDACTED | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |

### PORTFOLIO POSITIONS LONG

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | **CASH & CASH EQUIVALENTS** TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 56.0 | 4.450 | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| | | **TOTAL ACCOUNT** | | | REDACTED | 100.0 | | REDACTED |

REDACTED

ACCOUNT #3

TDWaterhouse Statement



**TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

# ACCOUNT STATEMENT

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 02/28/2007 | 03/30/2007 |

JOSEPH M WELCH
ROTH IRA

REDACTED

BRANCH INFORMATION

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



## PORTFOLIO VALUE SUMMARY

### ASSET ALLOCATION

REDACTED

|  | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | 100.0 | REDACTED | 56.0 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | 100.0 | REDACTED | 100.0 |



## PORTFOLIO POSITIONS (LONG)

| ACCT | QUANTITY | DESCRIPTION | SYMBOL | MARKET PRICE | MARKET VALUE | PORT PCT | DIV OR INT % | EST. ANNUAL INCOME |
|---|---|---|---|---|---|---|---|---|
| CASH | REDACTED | CASH & CASH EQUIVALENTS TDAM MONEY MARKET PORTFOLIO INVESTOR CLASS (SWEEP) | CMFMZ | 1.000 | REDACTED | 100.0 | 4.450 | REDACTED |
| | | TOTAL ACCOUNT | | | REDACTED | 100.0 | | REDACTED |

## INCOME AND EXPENSE SUMMARY

| | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|
| MONEY MARKET INTEREST | REDACTED | | MARGIN INTEREST PAID | REDACTED | |
| DIVIDENDS | | | DIVIDENDS CHARGED | | |
| NON-TAXABLE DIVIDENDS | | | ACCRUED INT ON PURCHASES | | |
| BOND INTEREST | | | | | |

REDACTED

ACCOUNT #3

TDWaterhouse Statement

 **AMERITRADE**    **TD AMERITRADE, Inc.**
PO BOX 2654
Omaha, NE 68103-2654

**ACCOUNT STATEMENT**

| ACCOUNT NO. | LAST STATEMENT | PERIOD ENDING |
|---|---|---|
| REDACTED | 03/30/2007 | 05/31/2007 |

JOSEPH M WELCH
ROTH IRA

REDACTED

**BRANCH INFORMATION**

300 110TH AVENUE NE, SUITE 103
BELLEVUE, WA 98004

CUSTOMER SERVICE: (800) 934-4448



**PORTFOLIO VALUE SUMMARY**

| | THIS PERIOD | % | LAST PERIOD | % |
|---|---|---|---|---|
| MONEY MARKET ACCT - FDIC (NOT COVERED BY SIPC) | REDACTED | | REDACTED | |
| MONEY MARKET FUND | REDACTED | | REDACTED | 100.0 |
| STOCKS | | | | |
| FIXED INCOME | | REDACTED | | |
| OPTIONS | | | | |
| MUTUAL FUNDS | | | | |
| UNIT INVESTMENT TRUSTS | | | | |
| TOTAL PORTFOLIO VALUE | REDACTED | | REDACTED | 100.0 |

**INCOME AND EXPENSE SUMMARY**

| | This Period | Year-To-Date | | This Period | Year-To-Date |
|---|---|---|---|---|---|
| MONEY MARKET INTEREST | REDACTED | | MARGIN INTEREST PAID | REDACTED | |
| DIVIDENDS | | | DIVIDENDS CHARGED | | |
| NON-TAXABLE DIVIDENDS | | | ACCRUED INT ON PURCHASES | | |
| BOND INTEREST | | | | | |

**MONTHLY ACTIVITY - INFORMATION TO BALANCE YOUR ACCOUNT**



**MONTHLY ACTIVITY SUMMARY**

| DEBITS | | CREDITS | |
|---|---|---|---|
| DIVIDEND/INTEREST CHARGED | REDACTED | DIVIDEND/INTEREST INCOME | REDACTED |
| MONEY MARKET FUNDS PURCHASED | | MONEY MARKET FUNDS SOLD | |
| OTHER DEBITS | | OTHER CREDITS | |
| **TOTAL DEBITS** | REDACTED | **TOTAL CREDITS** | REDACTED |

| OPENING BALANCE | + NET ACTIVITY | = CLOSING BALANCE BROKERAGE ACCOUNT | |
|---|---|---|---|

**MONTHLY ACTIVITY BY ABOVE CATEGORY**

REDACTED

ACCOUNT #3

# TD AMERITRADE

Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
05/01/07 - 05/31/07

**Statement for Account #** REDACTED

JOSEPH M WELCH
ROTH IRA

REDACTED

### Announcements:
ROLL OVER YOUR OLD 401K TO TD AMERITRADE AND GET YOUR MONEY WORKING FOR YOU TODAY. VISIT A BRANCH BY 8/31/07 AND GET A FREE RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| MMDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| Money Market | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 32.5% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | **100%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| Cost basis as of - 05/31/07 | YTD |
|---|---|
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #3



Statement for Account # REDACTED
05/01/07 - 05/31/07

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| | REDACTED | |

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REDACTED | | | | | | |

### Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | |

**Closing balance**

### Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 05/14/07 | 1 | 4.4352 | | | |
| 05/15/07 | 1 | 4.4323 | | | |
| 05/16/07 | 1 | 4.4411 | | | |
| 05/17/07 | 1 | 4.4354 | REDACTED | REDACTED | REDACTED |
| 05/18/07 | 3 | 4.4405 | | | |
| 05/21/07 | 1 | 4.4426 | | | |
| 05/22/07 | 1 | 4.4423 | | | |
| 05/23/07 | 1 | 4.4406 | | | |
| 05/24/07 | 1 | 4.4408 | | | |
| 05/25/07 | 4 | 4.4410 | | | |

Balance: REDACTED

ACCOUNT #3

**Statement for Account #** REDACTED
05/01/07 - 05/31/07

## Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | Expense Code | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|---|
| 05/29/07 | REDACTED | 1 | 4.4457 | REDACTED | | REDACTED | REDACTED |
| 05/30/07 | | 1 | 4.4439 | | | | |
| 05/31/07 | | 1 | 4.4450 | | | | |
| **Total interest income** | | | | | | | REDACTED |

## Money Market Fund Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Opening balance** | | | | | | | REDACTED |
| 05/14/07 | | 05/14/07 | Received | Tdam Mm Portfolio Investor Class Transfer From Td Watenhouse Account Number 83593166 | | REDACTED | |
| 05/14/07 | | 05/14/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | |
| 05/23/07 | | 05/23/07 | Delivered | Tdam Mm Portfolio Investor Class Redemption Tdam Mm Portfolio Investor Cla | | | |
| 05/31/07 | | 05/31/07 | Received | Money Market Fund Dividends | | | |
| **Closing balance** | | | | | | | REDACTED |

## Important Information

Keep this statement for income tax purposes

The above prices are provided only as a general guide to value your portfolio. Current quotations are available through your broker. Certificates of deposit are priced at par. Sale prior to maturity may result in a loss of principal, mortgage backed positions are valued using the remaining balance and the current market price.

Non-Standard Assets: This statement shows all assets in your account including certain direct investments that may be held by a third party. TD AMERITRADE is not responsible for third-party information, including the valuation of certain non-standard assets. The price shown represents an estimated value that is provided by an annual report or other source. The estimated value of these assets may not be realized when you try to liquidate the position. Assets held by a third party are not covered by the Securities Investor Protection Corporation (SIPC)

The most recent statement of financial condition for TD AMERITRADE Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html on or before June 14, 2007, or by contacting TD AMERITRADE Clearing, Inc. at 1-800-237-8692. As of March 31, 2007 TD AMERITRADE Clearing, Inc. had net capital and net capital requirement of $493,687,296 and $94,495,529, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the commission in Washington DC and the Denver, CO office of the Commission.

page 3 of 5

ACCOUNT #3

# TD AMERITRADE
### Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
06/01/07 - 06/30/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
ROTH IRA

REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| MMDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | |
| Money Market | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 56.8% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | | |
| Securities purchased | | |
| Securities sold | REDACTED | REDACTED |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 06/30/07** | |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | REDACTED |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 5

ACCOUNT #3

**Statement for Account #** REDACTED
06/01/07 - 06/30/07

## Income Summary Detail

| Description | | Current | | | | | Annual Income | Year to Date |
|---|---|---|---|---|---|---|---|---|
| | | REDACTED | | | | | | |

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Price | Unrealized Gain(Loss) | Amount | Annual Income | Balance | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REDACTED | | | | | | | | | |

### Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/Cusip | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REDACTED | | | | |

**Closing balance**
REDACTED

## TD AMERITRADE Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 06/04/07 | REDACTED | REDACTED | 1 | 0.10 | REDACTED | REDACTED |

**Total interest income/(expense)**    REDACTED

## Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 06/01/07 | REDACTED | 3 | 4.4449 | REDACTED | REDACTED | REDACTED |
| 06/04/07 | | 1 | 4.4449 | | | |
| 06/05/07 | | 1 | 4.4479 | | | |
| 06/06/07 | | 1 | 4.4549 | | | |

ACCOUNT #3





**Statement for Account #** REDACTED
06/01/07 - 06/30/07

## Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|
| 06/07/07 | 1 | 4.4570 | | | |
| 06/08/07 | 3 | 4.4524 | | | |
| 06/11/07 | 1 | 4.4501 | | | |
| 06/12/07 | 1 | 4.4544 | | | |
| 06/13/07 | 1 | 4.4526 | | | |
| 06/14/07 | 1 | 4.4538 | | | |
| 06/15/07 | 3 | 4.4554 | | | |
| 06/18/07 | 1 | 4.4484 | | | |
| 06/19/07 | 1 | 4.4742 | REDACTED | REDACTED | REDACTED |
| 06/20/07 | 1 | 4.4546 | | | |
| 06/21/07 | 1 | 4.4483 | | | |
| 06/22/07 | 3 | 4.4521 | | | |
| 06/25/07 | 1 | 4.4604 | | | |
| 06/26/07 | 1 | 4.4677 | | | |
| 06/27/07 | 1 | 4.4468 | | | |
| 06/28/07 | 1 | 4.4525 | | | |
| 06/29/07 | 2 | 4.4524 | | | |

**Total interest income**   REDACTED

## Money Market Fund Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening balance** | | | | | | | | REDACTED |
| 06/05/07 | | 06/05/07 | Received | Tdam Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | REDACTED | |
| 06/29/07 | | 06/29/07 | Received | Money Market Fund Dividends | | | | |
| **Closing balance** | | | | | | | | REDACTED |

## Important Information

Keep this statement for income tax purposes

The above prices are provided only as a general guide to value your portfolio. Current quotations are available through your broker. Certificates of deposit are priced at par. Sale prior to maturity may result in a loss of principal, mortgage backed positions are valued using the remaining balance and the current market price.

Required annual NASD information: The NASD maintains a toll-free public disclosure hotline where investors may call to request disclosable background information on any licensed broker or broker-dealer. To call the hotline, dial 1-800-289-9999. The NASD also maintains an Internet web site where investors may obtain useful information concerning NASD policies, procedures and services. The web site can be accessed at www.nasdr.com. Additionally, the NASD has a brochure which

ACCOUNT #3

# TD AMERITRADE

Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
07/01/07 - 07/31/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
ROTH IRA

REDACTED

**Announcements:**
ROLL OVER YOUR OLD 401K TO
TD AMERITRADE AND GET YOUR
MONEY WORKING FOR YOU TODAY. VISIT
A BRANCH BY 8/31/07 AND GET A FREE
RETIREMENT CONSULTATION.
CALL 866-680-5058 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| Money Market | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 57.0% |
| Short balance | | | | | | | |
| Stocks | | | | | | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | **100%** |

**Portfolio Allocation**

REDACTED

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening balance | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax
documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| Cost basis as of - 07/31/07 | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

ACCOUNT #3

Statement for Account # REDACTED
07/01/07 - 07/31/07



**Income Summary Detail**

**Account Positions**

**Account Activity**

**Money Market Fund Account Interest Credited**

| Begin Date | Number of Days | Interest Rate |
|---|---|---|
| 07/01/07 | 1 | 4.4524 |
| 07/02/07 | 1 | 4.4391 |
| 07/03/07 | 2 | 4.4402 |
| 07/05/07 | 1 | 4.4397 |
| 07/06/07 | 3 | 4.4408 |
| 07/09/07 | 1 | 4.4378 |
| 07/10/07 | 1 | 4.4381 |
| 07/11/07 | 1 | 4.4287 |
| 07/12/07 | 1 | 4.4280 |
| 07/13/07 | 3 | 4.4296 |
| 07/16/07 | 1 | 4.4294 |
| 07/17/07 | 1 | 4.4278 |
| 07/18/07 | 1 | 4.4347 |
| 07/19/07 | 1 | 4.4346 |
| 07/20/07 | 3 | 4.4349 |

Closing balance

page 2 of 4

ACCOUNT #3

**Statement for Account #** REDACTED

07/01/07 - 07/31/07

## Money Market Fund Account Interest Credited

| Begin Date | Balance | Interest Rate | Interest Accrued | Number of Days | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 07/23/07 | REDACTED | 4.4476 | REDACTED | 1 | REDACTED | REDACTED |
| 07/24/07 | | 4.4383 | | 1 | | |
| 07/25/07 | | 4.4395 | | 1 | | |
| 07/26/07 | | 4.4409 | | 1 | | |
| 07/27/07 | | 4.4402 | | 3 | | |
| 07/30/07 | | 4.4418 | | 1 | | |
| 07/31/07 | | 4.4420 | | 1 | | |

**Total interest income** — REDACTED

## Money Market Fund Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening balance** | | | | Tdam | | | | REDACTED |
| 07/02/07 | | 07/02/07 | Received | Mm Portfolio Investor Class Purchase Tdam Mm Portfolio Investor Cla | | | REDACTED | REDACTED |
| 07/31/07 | | 07/31/07 | Received | Money Market Fund Dividends | | | | |
| **Closing balance** | | | | | | | | REDACTED |

## Important Information

Keep this statement for income tax purposes

The above prices are provided only as a general guide to value your portfolio. Current quotations are available through your broker. Sale prior to maturity may result in a loss of principal, mortgage backed positions are valued using the remaining balance and the current market price.

Non-Standard Assets: This statement shows all assets in your account including certain direct investments that may be held by a third party. TD AMERITRADE is not responsible for third-party information, including the valuation of certain non-standard assets. The price shown represents an estimated value that is provided by an annual report or other source. The estimated value of these assets may not be realized when you try to liquidate the position. Assets held by a third party are not covered by the Securities Investor Protection Corporation (SIPC)

ACCOUNT #3

# TD AMERITRADE

**Apex**
800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Statement Reporting Period:
08/01/07 - 08/31/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
ROTH IRA

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE RISK. CONDITIONAL ORDERS CAN HELP.
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - |
| MMDA | | | | | | | - |
| Money Market | | | | | | | 56.8% |
| Short balance | | | | | | | |
| Stocks | | | | | | | |
| Short stocks | | | | | | | |
| Bonds | | | | | | | |
| Options | | | | | | | |
| Short options | | | | | | | |
| Mutual funds | | | | | | | |
| Other | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | **100%** |

### Portfolio Allocation



## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | | |
| Securities purchased | | |
| Securities sold | REDACTED | REDACTED |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | | | |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | REDACTED | REDACTED | REDACTED |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 08/31/07** | |
| Unrealized gains | |
| Unrealized losses | REDACTED |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 4

ACCOUNT #3

Statement for Account #  REDACTED
08/01/07 - 08/31/07

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| | REDACTED | |

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REDACTED | | | | | | |

### Money Market Fund Account Interest Credited

| Begin Date | Number of Days | Interest Rate |
|---|---|---|
| 08/01/07 | 1 | 4.4235 |
| 08/02/07 | 1 | 4.4272 |
| 08/03/07 | 3 | 4.4230 |
| 08/06/07 | 1 | 4.4158 |
| 08/07/07 | 1 | 4.4202 |
| 08/08/07 | 1 | 4.4212 |
| 08/09/07 | 1 | 4.4277 |
| 08/10/07 | 3 | 4.4432 |
| 08/13/07 | 1 | 4.4262 |
| 08/14/07 | 1 | 4.4267 |
| 08/15/07 | 1 | 4.4564 |
| 08/16/07 | 1 | 4.4811 |
| 08/17/07 | 3 | 4.4978 |
| 08/20/07 | 1 | 4.5151 |
| 08/21/07 | 1 | 4.5374 |
| 08/22/07 | 1 | 4.5130 |
| 08/23/07 | 1 | 4.5123 |
| 08/24/07 | 3 | 4.5092 |
| 08/27/07 | 1 | 4.5291 |
| 08/28/07 | 1 | 4.5662 |
| 08/29/07 | 1 | 4.5785 |
| 08/30/07 | 1 | 4.5659 |
| 08/31/07 | 1 | 4.5707 |

| Balance | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|
| REDACTED | REDACTED | REDACTED | REDACTED |

**Total interest income**

page 2 of 4

ACCOUNT #3

# TD AMERITRADE

Apex

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
09/01/07 - 09/30/07

**Statement for Account #** REDACTED
JOSEPH M WELCH
ROTH IRA

**Announcements:**
CONDITIONAL ORDERS:
TRADE MORE EFFICIENTLY AND MANAGE
RISK. CONDITIONAL ORDERS CAN HELP.
DISCOVER YOUR ORDER CHOICES.
LOG ON. SELECT THE TRADE MENU.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation | Portfolio Allocation |
|---|---|---|---|---|---|---|---|---|
| Cash | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | - | REDACTED |
| MMDA | | | | | | | - | |
| Money Market | | | | | | | 56.8% | |
| Short balance | | | | | | | | |
| Stocks | | | | | | | | |
| Short stocks | | | | | | | | |
| Bonds | | | | | | | | |
| Options | | | | | | | | |
| Short options | | | | | | | | |
| Mutual funds | | | | | | | | |
| Other | | | | | | | | |
| **Total** | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 100% | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | REDACTED | REDACTED |
| Securities purchased | | |
| Securities sold | | |
| Contributions | | |
| Distributions | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing balance** | REDACTED | REDACTED |

## Retirement Account Summary

| | 2007 PTD | 2007 YTD | 2006 YTD |
|---|---|---|---|
| Cash Contributions | REDACTED | REDACTED | REDACTED |
| Distributions | | | |
| Employer cont. | | | |
| Cash Rollover | | | |
| Cash Direct transfer | | | |
| Tax withheld | | | |
| Recharact | | | |
| Roth conv. | | | |

This section includes cash transactions only. Refer to your tax documents for complete information.

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 09/30/07** | REDACTED |
| Unrealized gains | |
| Unrealized losses | |
| Funds deposited/(disbursed) | |
| Income/(expense) | |
| Securities received/(delivered) | |

page 1 of 4

ACCOUNT #3



**Statement for Account #** REDACTED
09/01/07 - 09/30/07

## Income Summary Detail

| Description | Current | | Year to Date |
|---|---|---|---|
| | REDACTED | | |

### Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Interest Rate | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | REDACTED | | | | | | | |

### Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 09/01/07 | | 3 | 4.5707 | | | |
| 09/04/07 | | 1 | 4.5970 | | | |
| 09/05/07 | | 1 | 4.6195 | | | |
| 09/06/07 | | 1 | 4.6347 | | | |
| 09/07/07 | | 3 | 4.6594 | | | |
| 09/10/07 | | 1 | 4.6667 | | | |
| 09/11/07 | | 1 | 4.6756 | REDACTED | REDACTED | REDACTED |
| 09/12/07 | | 1 | 4.6707 | | | |
| 09/13/07 | | 1 | 4.6704 | | | |
| 09/14/07 | REDACTED | 3 | 4.6804 | | | |
| 09/17/07 | | 1 | 4.6870 | | | |
| 09/18/07 | | 1 | 4.7136 | | | |
| 09/19/07 | | 1 | 4.6898 | | | |
| 09/20/07 | | 1 | 4.6790 | | | |
| 09/21/07 | | 3 | 4.6482 | | | |
| 09/24/07 | | 1 | 4.6204 | | | |
| 09/25/07 | | 1 | 4.6220 | | | |
| 09/26/07 | | 1 | 4.6201 | | | |
| 09/27/07 | | 1 | 4.6234 | | | |
| 09/28/07 | | 3 | 4.6143 | | | |

**Total interest income**

ACCOUNT #3