UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH WELCH, On Behalf of Himself and All,
Others Similarly Situated,

                              Plaintiff,

          -against-

TD AMERITRADE HOLDING CORPORATION,
TD AMERITRADE, INC., TD BANK USA, N.A. and
THE TORONTO-DOMINION BANK,

                            Defendants.
------------------------------------------------------------------X

07 CIV 6904 (RJS)

ECF CASE
ELECTRONICALLY FILED

CERTIFICATE OF SERVICE

      I, Matthew D. Stratton, hereby certify that on the 7th day of January 2008, I caused the foregoing (i) Notice of Motion to Dismiss the Class Action Complaint, (ii) Memorandum of Law in Support of Defendants' Motion to Dismiss, and (iii) Declaration of Matthew D. Stratton in Support of Defendants' Motion to Dismiss, dated January 7, 2008, to be filed and served upon all parties via the Court's ECF system.

Dated: January 7, 2008

                                                                /s/
                                                            Matthew D. Stratton