**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOSEPH WELCH, On Behalf of Himself             :
and All Others Similarly Situated,                       :     **Civ. No. 07-6904 (RJS)**
                                                                       :
            Plaintiffs,                                             :     **ECF CASE**
                                                                       :
            v.                                                       :
                                                                       :
TD AMERITRADE HOLDING CORPORATION, :
TD AMERITRADE, INC, TD BANK USA, N.A.     :
and THE TORONTO-DOMINION BANK,           :
                                                                       :
            Defendants.                                         :
------------------------------------------------------------x


**DECLARATION OF JOEL P. LAITMAN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR DISMISSAL OF THE PLAINTIFF'S CLASS ACTION COMPLAINT**

2

JOEL P. LAITMAN, pursuant to 29 U.S.C. § 1746 declares as follows:

I am a member of the Bar of this Court and the law firm of Schoengold Sporn Laitman & Lometti, P.C., counsel for the Plaintiff. I submit this declaration to place before the Court a true and correct copy of the following document:

1. Excerpts from TD Ameritrade, Inc.'s Form ADV: "Uniform Application for Investment Advisor Registration," filed with the Securities and Exchange Commission ("SEC"), dated November 30, 2007.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed:   New York, New York
            March 14, 2008

                                                                 /s/ Joel. P. Laitman
                                                                  Joel P. Laitman