UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH WELCH, On Behalf of Himself           :
and All Others Similarly Situated,           :    **Civ. No. 07-6904 (RJS)**
                                             :
            Plaintiffs,                      :    **ECF CASE**
                                             :
      v.                                     :
                                             :
TD AMERITRADE HOLDING CORPORATION,           :
TD AMERITRADE, INC, TD BANK USA, N.A.        :
and THE TORONTO-DOMINION BANK,               :
                                             :
            Defendants.                      :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, DANIEL B. REHNS, certify the following to be true under the penalties of perjury: on March 14, 2008, I served Plaintiff's Memorandum of Law and Supporting Declarations of Joel P. Laitman in Opposition to Defendants' Motions to Dismiss the Class Action Complaint on the parties listed below by hand delivery to the addresses listed below, and served a courtesy copy by hand delivery with the Court:

Brian A. Herman
**Morgan, Lewis & Bockius, LLP**
101 Park Avenue
New York, New York 10178-0060

Dated: New York, New York
       March 14, 2008

                                                   By:   /s/ Daniel B. Rehns
                                                          Daniel B. Rehns