UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSEPH WELCH, On Behalf of Himself and All,        :
Others Similarly Situated,                          :     07 CIV 6904 (RJS)
:
Plaintiff,     :     ECF CASE
:     ELECTRONICALLY FILED
-against-                          :
:
TD AMERITRADE HOLDING CORPORATION,                  :
TD AMERITRADE, INC., TD BANK USA, N.A. and          :
THE TORONTO-DOMINION BANK,                          :
:
Defendants.    :
:
------------------------------------------------------------------------X

**SUPPLEMENTAL DECLARATION OF MATTHEW D. STRATTON IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

MATTHEW D. STRATTON, pursuant to 28 U.S.C. § 1746 declares as follows:

I am a member of the Bar of this Court and an associate at the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants TD AMERITRADE Holding Corporation, TD AMERITRADE, Inc., TD Bank USA, N.A., and The Toronto-Dominion Bank. I submit this declaration to place before the Court true and correct copies of the following documents:

        O.     Joseph Welch's TD Waterhouse IRA Account Application. Statements for this account are attached as Exhibit N to the Declaration of Matthew D. Stratton dated January 7, 2008.

        P.     U.S. Securities and Exchange Commission, Tips for Teaching Students About Saving and Investing, available at http://www.sec.gov/investor/students/tips.htm (last modified Sept. 14, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed:   April 7, 2008
            New York, New York

_____
MATTHEW D. STRATTON