UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH WELCH, On Behalf of Himself and All, :
Others Similarly Situated, :
: 
: **07 CIV 6904 (RJS)**
Plaintiff, :
: **ECF CASE**
-against- : **ELECTRONICALLY FILED**
:
TD AMERITRADE HOLDING CORPORATION, :
TD AMERITRADE, INC., TD BANK USA, N.A. and : **CERTIFICATE OF SERVICE**
THE TORONTO-DOMINION BANK, :
:
Defendants. :
:
------------------------------------------------------------------X

I, Matthew D. Stratton, hereby certify that on the 7th day of April 2008, I caused the (i) Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss, and (ii) Supplemental Declaration of Matthew D. Stratton in Support of Defendants' Motion to Dismiss, dated April 7, 2008, to be filed and served upon all parties via the Court's ECF system.

Dated: April 7, 2008

                                                /s/
                                      Matthew D. Stratton