Sullivan, J. *(handwritten)*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH WELCH, On Behalf of Himself : 
and All Others Similarly Situated, : Civ. No. 07-6904 (RJS)
:
        Plaintiffs, : ECF CASE
:
     v. : NOTICE OF WITHDRAWAL
: OF KURT HUNCIKER AS
TD AMERITRADE HOLDING CORPORATION, : ATTORNEY OF RECORD FOR
TD AMERITRADE, INC, TD BANK USA, N.A. : THE PLAINTIFFS
and THE TORONTO-DOMINION BANK, :
:
        Defendants. :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Kurt Hunciker is no longer an Attorney of Record for Plaintiffs in the within Action as of this 3rd day of April 2008, *due to his departure from the undersigned firm.*

Dated: April 3, 2008
New York, New York

Respectfully submitted,

By: _____
Daniel B. Rehns (DR-5506)
**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

*(signature) 4/7/08*